

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00260-CV

MICHAEL PUSLEY
v.
SAMANTHA LUARCA

On Appeal from the
94th District Court of Nueces County, Texas
Trial Court Cause No. 2020DCV-0559-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

June 16, 2022